McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTRAM L. CLARKE,<br><br>    Plaintiff,<br><br>  v.<br><br>R. JAMES "JIM" NICHOLSON,<br>SECRETARY OF VETERANS AFFAIRS,<br><br>    Defendant. | No. 2:05-CV-00121-GEB-KJM<br><br><br>STIPULATION PURSUANT TO THE<br>PRIVACY ACT AND HIPPA;<br>PROTECTIVE ORDER[1] |

   Plaintiff and Defendant, through their attorneys, stipulate as follows:

   1.   Plaintiff filed this employment discrimination suit pursuant to Title VII, 42 U.S.C. § 2000 et seq., alleging discrimination and retaliation.

   2.   Pursuant to the rules of discovery, including the automatic disclosures required by Fed.R.Civ.P.26, Defendant may be required to produce personal information about other federal employees, both current and former, and about third parties, who are

---

   [1] The parties' stipulation has been modified slightly by the court, as set forth in the order below.

1

1  not parties to this lawsuit.  The parties acknowledge that such
2  personal information may be relevant to the issues raised in
3  Plaintiff's complaint.
4      3.   The information requested is arguably protected from
5  disclosure by the Privacy Act, and by HIPAA (Title 45 of the Code of
6  Federal Regulations, Section 164.508).  The Privacy Act, 5 U.S.C. §
7  552a, prohibits any federal agency from

> disclos[ing] any record which is contained in a system of
> records by any means of communication to any person, or to
> another agency, except pursuant to a written request by,
> or with the prior written consent of, the individual to
> whom the record pertains. . . .

11  5 U.S.C. § 552a(b).
12      4.   Pursuant to § 552a(b)(11), the parties stipulate to the
13  entry of a court order allowing the disclosure and use of documents
14  which are required to be disclosed, as set forth above.
15      5.   The parties further agree to the following provisions of a
16  protective order.  The following provisions apply to all personal
17  information about third parties and other federal employees
18  contained in the documents produced by Defendant:
19      a.   Plaintiff and his agents and representatives shall
20  not disclose any personal information about third parties to any
21  other persons where such disclosure is not reasonably necessary to
22  the conduct of this litigation.
23      b.   Plaintiff shall only use the information for matters
24  reasonably related to the conduct of this litigation, and not for
25  any other purpose.
26      c.   If any of the documents disclosed pursuant to this
27  stipulation are marked as exhibits during depositions or attached to
28  pleadings filing with the Court, the documents shall be properly

1 redacted to remove any personal information of a sensitive nature,
2 including but not limited to the following information: home
3 addresses, home telephone numbers and social security numbers.
4      WHEREFORE, the parties seek an order of this Court directing
5 Defendant to release to Plaintiff all documents that are subject to
6 release under the rules of discovery, and directing Plaintiff and
7 Plaintiff's counsel to protect the documents from disclosure as set
8 out in paragraph 5 above.
9 DATED: February 23, 2006         McGREGOR W. SCOTT
                                   United States Attorney

                                 By: /s/John F. Gisla
                                     JOHN F. GISLA
                                     Assistant United States Attorney
                                     Attorneys for the United States


DATED: February 22, 2006         /s/George R. Kucera
                                 GEORGE R. KUCERA
                                 Attorney For Plaintiff

PROTECTIVE ORDER

For good cause, and pursuant to the terms of the foregoing Stipulation, Defendant is ordered to produce to Plaintiff all documents that are subject to the rules of discovery. Pursuant to F.R.Civ.P. 26(c), Plaintiff and Plaintiff's counsel are ordered to comply with the non-disclosure and confidentiality provisions set forth in paragraph 5 of the stipulation. Additionally, at the close of litigation, Plaintiff and Plaintiff's counsel shall either destroy the records covered by this protective order or return them to Defendant. See 45 C.F.R. § 164.512.

DATED: March 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE